975 F.2d 1548
 Adamski (Thomas W.), Ackerman (John R.), Armstrong (Joanne
P.), Bailey (Arthur), Bartasavich (Walter J.), Battjer
(Bruch H.), Bechter (Sharon), Bell (Joseph M.), Belsky
(Marc), Benetz (Robert A.), Briglia (Philip F., Jr.)
v.
Meritor Savings Bank, Inc., t/a Meritor Financial Group,
Meritor Separation Pay Program
 NO. 92-1118
 United States Court of Appeals,
Third Circuit.
 Aug 06, 1992
 
 Appeal From: E.D.Pa.,
 Gawthrop, J.
 
 
 1
 AFFIRMED.